UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BILL SCOTT,

Civil File No. 00-2053 (PAM/SRN)

Plaintiff,

v.

**ORDER**

S.M. PEDERSON, ALAN PRATER,
DANIEL CLARK, WILLIAM EARL,
J. SHANAHAN, and DANIEL McMAHAN

Defendants.

---

The above-entitled matter is before the Court upon the Report and Recommendation by United States Magistrate Judge Susan R. Nelson (Docket No. 5) dated October 19, 2000. Plaintiff, BILL SCOTT, has filed no objections to that Report and Recommendation in the time period permitted for objections. See Rule 72(b), Fed. R. Civ. P.; Local Rule 72.1(c). Therefore, based upon all the files, records and proceedings in this matter, the Court ADOPTS the Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees" (Docket No. 2) is **DENIED**;

2. The action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1); and that Plaintiff's claims regarding the alleged loss of good time credits are dismissed without prejudice, and that all other claims are dismissed with prejudice;

FILED NOV 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD NOV 03 2000
DEPUTY CLERK

3. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely $133.99, in accordance with 28 U.S.C. § 1915(b)(2); and

4. For purposes of 28 U.S.C. § 1915(g), this action is dismissed on the grounds that it is frivolous or fails to state a claim on which relief may be granted.

Dated: November 3, 2000.

Paul A. Magnuson
United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: NOV 06 2000

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995