# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Bill Scott

Plaintiff

v.

S.M. Pederson, Alan Prater, Daniel Clark, William Earl, J. Shanahan and Daniel McMahan

Defendants

Case No. Civil 00-2053 PAM/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed without prepayment of fees is denied. the action is dismissed and that Plaintiff's claims regarding the alleged loss of good time credits are dismissed without prejudice and that all other claims are dismissed with prejudice. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely $133.99. This action is dismissed on the grounds that it is frivolous or fails to state a claim on which relief may be granted.

DATE: NOV - 3 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk